Opinion approved by the Court.

**Sabino CANTU, Appellant,**

**v.**

**STATE of Texas, Appellee.**

**No. 32919.**

Court of Criminal Appeals of Texas.

Feb. 15, 1961.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

McDONALD, Judge.

This is a conviction for the transportation of beer in a dry area, with punishment assessed at a fine of $200.

The record does not reflect that the appeal bond was approved by either the sheriff or the county judge, as required by Art. 830, Vernon's Ann.C.C.P. See: Kunz v. State, Tex.Cr.App., 310 S.W.2d 583.

The appeal is dismissed.